JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MELISSA FULLER,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Operations, performing duties and functions not reserved to the Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. SA CV 17-0492-AB (DFM)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Final Report and Recommendation, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

Dated:3/4/2019

_____

ANDRÉ BIROTTE JR.
United States District Judge